IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00237-CR

 

Leroy King,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 265th District Court

Dallas County, Texas

Trial Court # F03-00811-FR

 



MEMORANDUM Opinion



 

      Appellant
appeals his conviction for robbery.  See Tex.
Penal Code Ann. § 29.02(a) (Vernon 2003).  We will affirm.

      In
Appellant’s sole issue, he contends that the evidence of his identity was
legally insufficient.  Appellant contends
that the victim’s testimony was not credible. 
In reviewing the legal sufficiency of the evidence, however, we do not
“assess the credibility of witnesses on each side.”  Ex
parte Elizondo, 947 S.W.2d 202, 205 (Tex. Crim. App. 1996).  The State points to the following
evidence.  The victim observed Appellant
in good light and saw his face clearly. 
The victim identified Appellant without any doubt near the scene of the
crime and in court.  A police officer saw
shock marks on the victim’s chest.  A
witness to the robbery saw Appellant use a metal object against the victim, and
saw Appellant get into a truck. 
Appellant was found in that truck near the scene of the crime, with an
electric cattle prod and the victim’s credit cards.  “[V]iewing the evidence in the light most
favorable to the prosecution,” we hold that a “rational trier of fact could
have found the essential elements of the crime beyond a reasonable doubt.”  See
Herrera v. Collins, 506 U.S. 390, 401 (1993); Jackson v. Virginia, 443 U.S. 307, 318-19 (1979); Ross v. State, 133 S.W.3d 618, 620 (Tex. Crim. App. 2004).  Accordingly, we overrule Appellant’s issue.

      Having
overruled Appellant’s issue, we affirm.

TOM GRAY

Chief Justice

Before Chief Justice Gray,

      Justice
Vance, and

      Justice
Reyna

Affirmed

Opinion delivered and filed December
 22, 2004

Do not publish

[CR25]